# EXHIBIT A

**Defendant:** New HoldCo
**Creditor ID:** NH030
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| New HoldCo | | $157,116.37 | 8/19/2024 | 202407-0801 | 8/1/2024 | $157,116.37 |
| | | $82,207.50 | 8/21/2024 | ADMIN FEES AUG 2024 | 8/1/2024 | $82,207.50 |
| | | $202,538.00 | 8/19/2024 | 202408-0808 | 8/8/2024 | $202,538.00 |
| | | $306,377.80 | 8/19/2024 | 202408-0815 | 8/15/2024 | $306,377.80 |
| | | $228,524.30 | 8/23/2024 | 202408-0822 | 8/22/2024 | $228,524.30 |
| | | $289,938.73 | 9/23/2024 | 202408-0829 | 8/29/2024 | $289,938.73 |
| | | $207,761.49 | 9/23/2024 | 202408-0905 | 9/5/2024 | $207,761.49 |
| | | $345,264.50 | 9/23/2024 | 202409-0912 | 9/12/2024 | $345,264.50 |
| | | $305,500.30 | 9/23/2024 | 202409-0919 | 9/19/2024 | $305,500.30 |
| | | $73,477.50 | 9/23/2024 | ADMIN FEES SEPT 2024 | 9/23/2024 | $73,477.50 |
| | | $269,877.52 | 9/27/2024 | 202409-0926 | 9/26/2024 | $269,877.52 |
| | | $226,403.00 | 10/10/2024 | 202410-03 | 10/3/2024 | $226,403.00 |
| | | $323,855.17 | 10/18/2024 | 202410-10 | 10/10/2024 | $323,855.17 |
| | | $184,152.56 | 10/18/2024 | 202410-17 | 10/17/2024 | $184,152.56 |
| | | $686,130.31 | 10/26/2024 | 202410-1024 | 10/24/2024 | $686,130.31 |
| | | ($417,439.50) | 10/26/2024 | 10252024 41743950 | 10/25/2024 | ($417,439.50) |
| | | $31.78 | 10/31/2024 | 202410-1031 | 10/31/2024 | $31.78 |
| **Total Transfers** | **17** | **$3,471,717.33** | | | | **$3,471,717.33** |